In the Matter of DAVID PAUL W. (Appeal No. 1.)— Order unanimously reversed on the law without costs and disposition vacated. Same memorandum as in *Matter of David Paul W.* ([appeal No. 2] 151 AD2d 1042). (Appeal from order of Erie County Family Court, Manz, J.—violation of probation.) Present—Boomer, J. P., Pine; Balio, Lawton and Davis, JJ.

In the Matter of DAVID PAUL W. (Appeal No. 2.)— Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings. Memorandum: Family Court failed to ascertain through allocution of respondent and his parent that respondent voluntarily waived his right to a fact-finding hearing and that respondent was aware of possible specific dispositional orders, pursuant to Family Court Act § 321.3 (1). Thus the order adjudging respondent to be a person in need of supervision is reversed *(see, Matter of Tomika M.,* 136 AD2d 951). (Appeal from order of Erie County Family Court, Manz, J.—

PINS.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.